IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 26 2007

JOHN F. _____, CLERK
BY: _____
     DEPUTY CLERK

| | |
|---|---|
| **RAYMOND CLARKE,** | ) |
| Plaintiff, | ) Civil Action No. 7:07CV00018 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| **U.S.P. LEE COUNTY, et al.,** | ) By: Hon. Glen E. Conrad |
| Defendants. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The plaintiff's complaint shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

2. The plaintiff's motion to proceed in forma pauperis shall be and hereby is **DISMISSED** as moot; and

3. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 26th day of January, 2007.

_____
United States District Judge