IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RAYMOND CLARKE, ) | |
| Plaintiff, ) | Civil Action No. 7:07CV00018 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| U.S.P. LEE COUNTY, <u>et al.</u>, ) | By: Hon. Glen E. Conrad |
| Defendants. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

as follows:

1. The plaintiff's complaint shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

2. The plaintiff's motion to proceed <u>in forma pauperis</u> shall be and hereby is **DISMISSED** as moot; and

3. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 26th day of January, 2007.

/s/ Glen E. Conrad
United States District Judge